**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00048-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DUSTIN LEE BUDERUS,

    Defendant.

---

**MINUTE ORDER**[1]

---

    A **Notice of Disposition** [#11] was filed on April 4, 2011.  In the Notice, the parties have requested that they be permitted to contact chambers to obtain a change of plea date.  The request is reasonable and should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That on **April 11, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set a change of plea hearing in this matter;

    2.  That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference; and

    3.  That the motions hearing setting conference set for April 4, 2011, at 10:00 a.m., is **VACATED**.

    Dated:  April 4, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.